# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| PRINCE E. DUNNING | ) |
| | ) CASE NO. 19-05083 |
| DEBTOR | ) |

## MOTION TO DISMISS

COMES NOW the Debtor, Prince E. Dunning, by and through her attorney of record, Cindee Dale Holmes, and hereby moves this Honorable Court Dismiss her case and in support states as follows:

1. The Debtor can no longer afford this Chapter 13 case.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully moves this Honorable Court to Dismiss this current Chapter 13 case.

/s/ Cindee Dale Holmes
CINDEE DALE HOLMES
1909 Fifth Avenue North, Ste. 200
Birmingham, AL 35203
(205) 254-3664

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the Motion to Dismiss upon all creditors listed on the matrix and all parties listed below by depositing a copy of the same in the United States mail properly addressed and first class postage prepaid on this the 24th day of January, 2020.

      /s/ Cindee Dale Holmes
      CINDEE DALE HOLMES

Chapter 13 Trustee
PO Box 10848
Birmingham, AL 35202